Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Lamon Larry Kelley, II |
| **Docket Number:** | 2:10CR00199-01 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 11/19/2010 |
| **Original Offense:** | 18 USC 473 - Dealing in Counterfeit Obligations<br>(CLASS C FELONY) |
| **Original Sentence:** | 10 months custody Bureau of Prisons; 36 months Term of Supervised Release; $100 special assessment. |
| **Special Conditions:** | 1) Search; 2) Shall not dispose of assets; 3) Financial disclosure; 4) No new debt or credit; 5) Participate in an outpatient correctional treatment program for drug or alcohol abuse; 6) Participate in a program of testing; 7) Abstain from alcohol and alcohol restrictions; 8) Participate in a program of outpatient mental health treatment; 9) Aftercare co-payment for treatment and testing services. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 07/10/2011 |
| **Assistant U.S. Attorney:** | Michele Beckwith  **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Toni H. Carbone  **Telephone:** (530) 906-1592<br>Appointed Defense Counsel |
| **Other Court Action:** | None |

RE:   Lamon Larry KELLEY, II
      Docket Number:  2:10CR00199-01
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

10.   The releasee shall participate in a cognitive behavioral treatment program as directed by the probation officer.

**Justification:**   Mr. Kelley's term of supervised release follows his conviction for selling $3,950 in counterfeit notes for $1,200 in legitimate funds to support his drug addiction. His prior history, which commenced as a juvenile, includes several convictions for resisting arrest, battery, vehicle theft, driving on a suspended license, transportation of cocaine, forgery and numerous probation violations. He has a long history of substance abuse, unemployment and little to no vocational training.

Mr. Kelley initially released to the home of his adult cousin and his cousin's live-in girlfriend of 14 years.  Shortly thereafter, the family moved to another location in Sacramento, and Mr. Kelley moved with the family without notifying the probation officer. Several attempts were made by the probation officer to contact Mr. Kelley at the new address; however, over the course of two months, no contact could be made with the releasee.  Later discussions between the probation officer and Mr. Kelly revealed he had been residing with his girlfriend and their children without notifying the probation officer of the new living arrangement.

At this time, Mr. Kelley is unemployed, has engaged in no community based programs and although he registered for school, he has since dropped out.  He indicates his free time consists of raising his children.  In addition to Mr. Kelley's failure to notify the probation officer that he was residing with his girlfriend and children, he submitted a urine sample which tested positive for methamphetamine on November 18, 2011, and further, submitted a diluted urine sample on December 13, 2011.  When questioned by the undersigned officer regarding the drug tests the releasee admitted using methamphetamine on several occasions.  Mr. Kelley was immediately directed to attend drug/alcohol counseling, as well as enroll in and complete the probation offices' Moral Reconation Therapy

**RE: Lamon Larry KELLEY, II
Docket Number: 2:10CR00199-01
PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

(MRT) program. This officer explained to Mr. Kelley that should he continue to use drugs and/or fail to otherwise comply with the conditions of his supervised release, he would undoubtedly be brought before the Court. Mr. Kelley has reviewed and signed the Probation Form 49 - Waiver to Modify Conditions and is in agreement with the modification conditions.

Respectfully submitted,

/s/ Garey R. White
**GAREY R. WHITE**
**United States Probation Officer**
Telephone: (916) 930-4315

**DATED:** December 23, 2011
Sacramento, California
GRW/jc/sg

**REVIEWED BY:** /s/ Michael A. Sipe
**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(X) Modification approved as recommended.

( ) Modification not approved at this time. Probation Officer to contact Court.

( ) Other:

Dated: December 30, 2011

GARLAND E. BURRELL, JR.
United States District Judge

**RE:    Lamon Larry KELLEY, II**
 **Docket Number:  2:10CR00199-01**
 **PETITION TO MODIFY THE CONDITIONS OR TERM**
 **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

cc:    United States Probation
 Michele Beckwith, Assistant United States Attorney
 Toni H. Carbone, Defense Counsel
 Defendant
 Court File