IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                      )   Case No. 2:10-cr-00199-GEB
            Plaintiff,                )
                                      )
      v.                              )   ORDER FOR RELEASE OF PERSON
                                      )   IN CUSTODY
LAMON LARRY KELLEY II,                )
                                      )
            Defendant.                )
                                      )

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to immediately release **LAMON LARRY KELLEY II** into the custody of a United States Probation Officer for transportation to an inpatient correctional treatment program.

IT IS SO ORDERED.

Dated: April 20, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1