TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Ste 6
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
LAMON LARRY KELLEY II

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAMON LARRY KELLEY II,<br><br>Defendant. | No. 2:10-CR-199 GEB<br><br>STIPULATION AND [PROPOSED ORDER]<br>CONTINUING SENTENCING<br><br>Date: June 28, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

The parties hereby stipulate the following:

1. Judgment and sentencing on the violation of supervised release in this matter is presently set for June 28, 2013. Counsel for the defendant requests that the date for judgment and sentencing on the violation of supervised release be continued to July 12, 2013 at 9:00am.

2. Defense counsel recently obtained additional information that may be relevant for sentencing and desires to provide that information to the Probation Department and AUSA Michele Beckwith prior to the sentencing date. Additionally, if the information is to be used at sentencing, counsel needs time to submit it to the Court ahead of the sentencing date so that the Court would have adequate time to review it.

Dated: June 27, 2013                                //s/ Toni Carbone
                                                                                          TONI CARBONE
                                                                                          Attorney for defendant

LAMON KELLEY

Dated: June 27, 2013                                      /s/ Michelle Beckwith
                                                          MICHELLE BECKWITH
                                                          Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence for the violation of supervised release of defendant Larry Lamon Kelley II be continued from June 28, 2013 to July 12, 2013.

**Date:  6/28/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge